UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                         CRIMINAL NO. 06-20465

v.

                         JUDGE NANCY G. EDMUNDS

D-90  LEE O'BRIEN,

       Defendant.

_____/

## ORDER OF DISMISSAL

     Leave of the Court is granted for the reasons stated in the government's motion to

dismiss the above-numbered second superseding indictment against Lee O'Brien.

Accordingly, IT IS HEREBY ORDERED that the second superseding indictment against

that defendant be dismissed, and that defendant's appearance bond, if any, be canceled.

                  s/Nancy G. Edmunds_____
                  Nancy G. Edmunds
                  United States District Judge

Dated:  October 24, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record
on October 24, 2011, by electronic and/or ordinary mail.

                  s/Carol A. Hemeyer_____
                  Case Manager